**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DANIEL MATTHEW NORTON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-0357 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

On January 12, 2018, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment under 28 U.S.C. § 636(c). On January 29, 2018, the court entered a memorandum and order affirming the Commissioner's final decision denying Daniel Matthew Norton's request for social security benefits. It is therefore

**ORDERED** that this case is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 29th day of January, 2018.

Christina A. Bryan
United States Magistrate Judge